UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW HAMPSHIRE


Clinton D. Cox

    v.                                          Case No. 19-cv-1268-JL

Sturm Ruger & Co., Inc.


                              ORDER

    After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated April 6, 2020.

    **SO ORDERED.**

                                          _____
                                          Joseph N. Laplante
                                          United States District Judge

Date: June 11, 2020

cc:   Clinton D. Cox, pro se